[Crim. No. 3184. Second Appellate District, Division Two.—February 23, 1939.]

THE PEOPLE, Respondent, v. LILLIAN M. VOLSTAD, Appellant.

Claude A. Watson for Appellant.

Earl Warren, Attorney-General, for Respondent.

THE COURT.—This case is regularly upon our calendar, due notice having been given, and comes before us upon the motion of the attorney-general to dismiss the case under section 1253 of the Penal Code upon the ground that there has

been no appearance by the defendant and no briefs filed by her. █ We find the motion well taken.

The appeal is dismissed.